ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
    E-Mail:  Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>$20,371.00 IN U.S. CURRENCY,<br><br>    Defendant.<br>_____<br>ROLANDO CORONA MATA,<br><br>    Claimant.<br>_____ | No.: CV 10-07440-CAS(CWx)<br><br>[PROPOSED]<br><br>**CONSENT JUDGMENT** |

    The civil forfeiture action captioned above was commenced on October 5, 2010.  Claimant Rolando Corona Mata ("Claimant") filed a claim on January 8, 2010.  No other claims or answers were filed, and time for filing claims and answers has expired.

1    Plaintiff and Claimant have made a stipulated request for
2 the entry of this consent judgment of forfeiture resolving all
3 claims concerning the defendant $20,371.00 in U.S. currency
4 ("defendant asset") (Asset ID No. 10-FBI-531836).
5    The Court has been duly advised of and has considered the
6 matter.  Based upon the mutual consent of the parties hereto and
7 good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES**
8 **AND DECREES** that $10,371.00 of the defendant asset (Asset ID No.
9 10-FBI-531836) and all interest earned on the entirety of the
10 defendant currency since seizure, is hereby forfeited to the
11 United States, and no other right, title or interest shall exist
12 therein.  The remaining portion of the defendant asset,
13 $10,000.00 in U.S. currency, without interest, shall be returned
14 to Claimant through his counsel.  The funds are to be made
15 payable via ACH deposit to the Paul L. Gabbert Client Trust
16 Account.
17 ///
18
19 ///
20
21 ///
22
23 ///
24
25 ///
26
27 ///
28

1    The Court finds that there was reasonable cause for the
2 seizure of the defendant asset and the institution of this
3 action.  This consent judgment shall be construed as a
4 certificate of reasonable cause pursuant to 28 U.S.C. § 2465.
5 Each of the parties shall bear its own fees and costs in
6 connection with the seizure, retention and return of the
7 defendant asset.

DATED: February 10, 2014

THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


           /s/
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

3